No. 1283, Misc. LEIGH v. ANDERSON, JAIL SUPERINTENDENT, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene and Howard A. Glickstein for respondents.

No. 1247, Misc. THORNTON v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 1252, Misc. RICKS v. MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1254, Misc. GAITO v. PRASSE, CORRECTION COMMISSIONER, ET AL. C. A. 3d Cir. Certiorari denied.

No. 1255, Misc. JACKSON v. WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied. Reported below: —— F. 2d ——.

No. 1259, Misc. RUCKLE v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 1263, Misc. MONTES v. HERITAGE, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene and Gerald P. Choppin for respondent.

No. 1291, Misc. CIRILLO v. NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.